Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                             Case No.: 1-21-42358-nhl


Boyd Taxi, Inc.,                                              Chapter 11


                                    Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of New York )
                              ) ss.:
County of Kings   )

    Elena Tolmacheva affirms the following under the penalties of perjury, that on October 19, 2021 I served a true copy of the following documents:

    1) Order Establishing Bar Date for the Filing of Proofs of Claim against Debtor, Boyd Taxi, Inc., Pursuant to Bankr. Rule 3003(c)(3);

    2) Notice of Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankr. Rule 3003(C)(3);

    3) Official Form No. B410,

    by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

TO:


**Office of the United States Trustee**
**Brooklyn Office**
U.S. Federal Office Building

201 Varick Street, Suite 1006
New York, NY 10014

**New York State Department of Taxation & Fina**
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

**Island Federal Credit Union**
1750 86th Street
Brooklyn, NY 11214-3715

**Island Federal Credit Union**
120 Motor Parkway
Hauppage, NY 11788-5160

**Island Federal Credit Union**
c/o Jaspan Schlesinger LLP
300 Garden City Plaza, 5th Floor
Garden City, New York 11530-3333
Attn: Frank C. Dell'Amore, Esq.

**U.S. Small Business Admin**
14925 Kingsport Road
Fort Worth, TX 76155-2243

Dated: October 19, 2021
         Brooklyn, New York

_____
Elena Tolmacheva

Sworn Before Me on This
19 Day of October, 2021

_____
Notary Public

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified in King County
Commission Expires    June 17, 2023